IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD H. RUEBE, JEFFREY W. LEMAJEUR, VINCENT J. KWASNIEWSKI AND NEAL T. JAKEL, <br><br> Plaintiffs, <br><br> v. <br><br> BOTHNIA INTERNATIONAL INSURANCE COMPANY LIMITED, ANV CORPORATE NAME LIMITED, AXIS SPECIALTY EUROPE SE AND NAVIGATORS UNDERWRITING AGENCY LIMITED FOR AND ON BEHALF OF THE UNDERWRITING MEMBERS OF SYNDICATE 1221 AT LLOYD'S FOR THE 2014 YEAR OF ACCOUNT <br><br> Defendants. | **JURY TRIAL DEMANDED** <br><br> Case No. 18-cv-01192 <br><br> Hon. J. Steven C. Seeger <br><br> Hon. Mag. J. Jeffrey Cole |

## JOINT STATUS REPORT

Plaintiffs Richard H. Ruebe, Jeffrey W. Lemajeur, Vincent J. Kwasniewski and Neal T. Jakel ("Plaintiffs"), and defendants Bothnia International Insurance Company Limited, and ANV Corporate Limited the Underwriting Member of ANV Syndicate 1861 at Lloyd's for the 2014 Year of Account (together, the "Second Layer Defendants"), by and through their counsel, hereby submit this further Joint Status Report in accordance with the Court's order dated November 7, 2022 (Dkt. No. 229), in which the Court requested information regarding the status of the underlying action in state court, captioned *Schultz, et al. v. Sinav Ltd., et al.*, No. 2014 L 15 (Ogle County, IL) (the "Underlying Action").

A bench trial in the Underlying Action was held on November 7 through November 17, 2022. Following completion of the bench trial, the court denied certain motions for directed findings, and ordered the parties to submit post-trial briefing prior to entry of a ruling. In relevant part, the court set the following schedule for post-trial proceedings: (i) post-trial briefing to be completed by March 10, 2023; (ii) the court shall issue a written ruling in this matter on or before March 31, 2023; and (iii) the parties shall appear for a status hearing on April 13, 2023. A copy of the proposed order submitted by the parties for entry by the court in the Underlying Action is attached hereto.

In light of the schedule the court set for entry of a ruling on the bench trial in the Underlying Action and this Court's statement in the November 7, 2022 minute entry order that it "made sense to have the trial in the underlying action before having the trial in the insurance coverage action at hand" (Dkt. No. 229), the parties respectfully request that the Court set this matter for status hearing in early-April 2023.

The parties otherwise reserve all rights with respect to the pending matters before this Court, which include Second Layer Insurers' Motion to Dismiss Without Prejudice for Lack of Subject Matter Jurisdiction (Dkt. No. 216) and Plaintiffs' opposition thereto (Dkt. No. 219).

Dated:   November 30, 2022

Respectfully submitted,

By:  /s/  *Erik J. Ives*

Erik J. Ives (ARDC #6289811)
eives@foxswibel.com
Daniel A. Dorfman (ARDC #6286059)
ddorfman@foxswibel.com
Martin B. Carroll (ARDC #6200977)
mcarroll@foxswibel.com
Ashley K. Martin
amartin@foxswibel.com (ARDC # 6297126)
Fox Swibel Levin & Carroll LLP

200 W. Madison St., Suite 3000
Chicago, IL 60606

*Counsel for Plaintiffs Richard H. Ruebe, Jeffrey W. Lemajeur, Vincent J. Kwasniewski and Neal T. Jakel*


By: /s/ *John C. Gekas*

John C. Gekas, Esq.
John.Gekas@saul.com
Amy S. Kline, Esq.
Amy.Kline@saul.com
SAUL EWING ARNSTEIN & LEHR LLP
161 North Clark Street, Suite 4200
Chicago, IL 60601
Tel: (312) 876-7864
Fax: (312) 876-7312

*Counsel for Defendants Bothnia International Insurance Company Limited, and ANV Corporate Name Limited the Underwriting Member of ANV Syndicate 1861 at Lloyd's for the 2014 Year of Account*

# EXHIBIT 1

IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT
OGLE COUNTY, ILLINOIS

| | | |
|---|---|---|
| FLOYD SCHULTZ, STANLEY BLUNIER, and BRAD RISKEDAL, individually and as class representatives on behalf of all of the minority unitholders of ILLINOIS RIVER ENERGY HOLDINGS, LLC, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 2014 L 15 |
| SINAV LIMITED, GTL RESOURCES USA, INC., GTL RESOURCES LIMITED, GTL RESOURCES PLC, SIEM KAPITAL, AS, NORTH ATLANTIC VALUE LLP, SIEM INDUSTRIES, INC., GTL CAMBRIDGE LLC, RICHARD H. RUEBE, JEFFREY W. LEMAJEUR, VINCENT J. KWASNIEWSKI, and NEAL T. JAKEL, | ) ) ) ) ) ) ) ) ) ) | Judge John C. Redington |
| Defendants. | ) | |

**ORDER**

The matter coming before the Court on the Investor Defendants' Motion for Directed Finding (the "Investor Defendants' Motion") and the GTL Defendants' Motion for Finding and Judgment at the Close of Plaintiffs' Evidence on Punitive Damages and oral Motion for Judgment (collectively, the "GTL Defendants' Motions"), counsel for all parties being present and the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

1. The Investor Defendants' Motion is DENIED;

2. The GTL Defendants' Motions are DENIED;

3. The parties shall submit all requests for transcripts to court reporter on or before December 1, 2022;

4. The court reporter shall tender all requested transcripts to the parties on or before December 30, 2022;


5. The Plaintiffs shall file their closing brief on or before January 27, 2023;

6. The Investor Defendants shall file their response to the Plaintiffs' closing brief on or before February 24, 2023;

7. The GTL Defendants shall file their response to the Plaintiffs' closing brief on or before February 24, 2023;

8. The Plaintiffs shall file their reply in support of their closing brief on or before March 10, 2023;

9. The Court shall issue a written ruling in this matter on or before March 31, 2023; and

10. The parties shall appear before the Court for a status hearing at 9:00 a.m. on April 13, 2023.

DATE:_____                    ENTER:

                                                                _____
                                                                         JUDGE

**Prepared by:**
Monte L. Mann (#6229771)
Joshua E. Liebman (#6283377)
Ian P. Flanagan (#6329682)
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900
mmann@novackmacey.com
jliebman@novackmacey.com
iflanagan@novackmacey.com

## **CERTIFICATE OF SERVICE**

Ian P. Flanagan, an attorney, hereby certifies that he served the foregoing *[Proposed] Order* by submission of a true and correct copy thereof to the court's electronic filing system this 23rd day of November, 2022, causing the attorneys of record to receive copies thereof at their registered e-mail addresses and by causing a true and correct copy to be delivered by e-mail to:

Terrence P. Canade
Keith D. Parr
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
*tcanade@lockelord.com*
*kparr@lockelord.com*

Adam M. Fleming
Daniel A. Huntley
WILLIAMS MCCARTHY LLP
607 Washington Street
Oregon, IL 61061
*afleming@wilmac.com*
*dhuntley@wilmac.com*

Trent Bush
WARD, MURRAY, PACE & JOHNSON P.C.
202 East 5th Street
Sterling, IL 61081
*bush@wmpj.com*

Thomas K. Cauley, Jr.
Joseph R. Dosch
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
*tcauley@sidley.com*
*jdosch@sidley.com*

Charles K. Maier
Brian A. Dillon
LATHROP GPM LLP
500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
*charles.maier@lathropgpm.com*
*brian.dillon@lathropgpm.com*

Paul E. Chadwick
FEARER, NYE & CHADWICK
420 4th Avenue
Rochelle, IL 61068
*paul@fnclaw.com*

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this Certificate of Service are true and correct.

                                                                                   */s/    Ian P. Flanagan*

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that on November 30, 2022, he caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which is also served upon counsel for all parties of record.

                                                                                                   */s/ Erik J. Ives*