# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD H. RUEBE, JEFFREY W. LEMAJEUR, VINCENT J. KWASNIEWSKI AND NEAL T. JAKEL, | ) ) ) ) | |
| Plaintiffs, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| v. | ) | |
| | ) | Case No. 18-cv-01192 |
| BOTHNIA INTERNATIONAL INSURANCE COMPANY LIMITED, ANV CORPORATE NAME LIMITED, AXIS SPECIALTY EUROPE SE AND NAVIGATORS UNDERWRITING AGENCY LIMITED FOR AND ON BEHALF OF THE UNDERWRITING MEMBERS OF SYNDICATE 1221 AT LLOYD'S FOR THE 2014 YEAR OF ACCOUNT | ) ) ) ) ) ) ) ) ) ) ) | Hon. J. Steven C. Seeger<br><br>Hon. Mag. J. Jeffrey Cole |
| Defendants. | ) ) | |

## JOINT STATUS REPORT

Plaintiffs Richard H. Ruebe, Jeffrey W. Lemajeur, Vincent J. Kwasniewski and Neal T. Jakel ("Plaintiffs"), and defendants Bothnia International Insurance Company Limited, and ANV Corporate Limited the Underwriting Member of ANV Syndicate 1861 at Lloyd's for the 2014 Year of Account (together, the "Second Layer Defendants") (collectively the "Parties"), by and through their counsel, hereby submit this Joint Status Report in accordance with this Court's minute entry order dated June 20, 2023 (Dkt. No. 246) and October 2, 2023 (Dkt. No. 247), and state as follows in support thereof:

1.      On June 20, 2023, the Court granted Plaintiffs' Unopposed Motion for Continuation of Stay, which requested that the Court enter an order that continues to stay this action until after completion of the appellate proceedings in the Underlying Action (as defined therein). In the Court's minute entry orders dated June 20, 2023 (Dkt. No. 246) and October 2, 2023 (Dkt. No. 247), the Court requested that the parties file a joint status report by the end of the

year, one way or the other, to advise on status of the appellate proceedings in the Underlying Action.

2. As of the date of this filing, briefing of the appeal in the Underlying Action has been completed, but no oral argument date has been set and no decision has been issued.

3. Consistent with the Court's prior rulings, the parties shall advise the Court of any material developments regarding the appeal in the Underlying Action, and shall provide a further status report by March 1, 2023 even if no such developments have occurred (or on an earlier date to the extent preferred by the Court).

Dated:   December 19, 2023

Respectfully submitted,

By:  /s/ *Erik J. Ives*

Erik J. Ives (ARDC #6289811)
eives@foxswibel.com
Daniel A. Dorfman (ARDC #6286059)
ddorfman@foxswibel.com
Martin B. Carroll (ARDC #6200977)
mcarroll@foxswibel.com
Ashley K. Martin
amartin@foxswibel.com (ARDC # 6297126)
Fox Swibel Levin & Carroll LLP
200 W. Madison St., Suite 3000
Chicago, IL 60606

*Counsel for Plaintiffs Richard H. Ruebe, Jeffrey W. Lemajeur, Vincent J. Kwasniewski and Neal T. Jakel*

By: */s/ John C. Gekas*

John C. Gekas, Esq.
John.Gekas@saul.com
Amy S. Kline, Esq.
Amy.Kline@saul.com
SAUL EWING ARNSTEIN & LEHR LLP
161 North Clark Street, Suite 4200

2

Chicago, IL 60601
Tel: (312) 876-7864
Fax: (312) 876-7312

*Counsel for Defendants Bothnia
International Insurance Company Limited,
and ANV Corporate Name Limited the
Underwriting Member of ANV Syndicate
1861 at Lloyd's for the 2014 Year of
Account*

3

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on December 19, 2023, he caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which is also served upon counsel for all parties of record.

*/s/ Erik J. Ives*