IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RICHARD H. RUEBE, JEFFREY W. LEMAJEUR, VINCENT J. KWASNIEWSKI AND NEAL T. JAKEL,<br>   Plaintiffs,<br><br>v.<br><br>BOTHNIA INTERNATIONAL INSURANCE COMPANY LIMITED, ANV CORPORATE NAME LIMITED, AXIS SPECIALTY EUROPE SE AND NAVIGATORS UNDERWRITING AGENCY LIMITED FOR AND ON BEHALF OF THE UNDERWRITING MEMBERS OF SYNDICATE 1221 AT LLOYD'S FOR THE 2014 YEAR OF ACCOUNT<br>   Defendants. | JURY TRIAL DEMANDED<br><br>Case No. 18-cv-01192<br><br>Hon. J. Steven C. Seeger<br><br>Hon. Mag. J. Jeffrey Cole |

## JOINT STATUS REPORT

Plaintiffs Richard H. Ruebe, Jeffrey W. Lemajeur, Vincent J. Kwasniewski and Neal T. Jakel ("Plaintiffs"), and defendants Bothnia International Insurance Company Limited, and ANV Corporate Limited the Underwriting Member of ANV Syndicate 1861 at Lloyd's for the 2014 Year of Account (together, the "Second Layer Defendants") (collectively the "Parties"), by and through their counsel, hereby submit this Joint Status Report in accordance with this Court's minute entry order dated December 22, 2023 (Dkt. No. 249), and state as follows in support thereof:

   1.  On June 20, 2023, the Court granted Plaintiffs' Unopposed Motion for Continuation of Stay, which requested that the Court enter an order that continues to stay this action until after completion of the appellate proceedings in the Underlying Action (as defined therein).

2. In the Court's minute entry order dated December 22, 2023, the Court directed the Parties to file a further status report by March 1, 2024 to advise as to the status of the appellate proceedings in the Underlying Action (Dkt. No. 249).

3. As of the date of this filing, the appeals in the Underlying Action are fully briefed and oral argument on the appeals was held before the Illinois Appellate Court Fourth District on February 27, 2024. At the conclusion of that oral argument hearing, the appellate court advised that a ruling on the pending appeals would be issued in due course (on a date no earlier than March 15, 2024).

4. Consistent with the Court's prior rulings, the parties shall advise the Court of any material developments regarding the appeal in the Underlying Action, and shall provide a further status report within ten (10) business days after issuance of a ruling on the pending appeals (or on such other date as may be directed by the Court upon review of this submission).

Dated: March 1, 2024

Respectfully submitted,

By: /s/ Erik J. Ives

Erik J. Ives (ARDC #6289811)
eives@foxswibel.com
Daniel A. Dorfman (ARDC #6286059)
ddorfman@foxswibel.com
Martin B. Carroll (ARDC #6200977)
mcarroll@foxswibel.com
Ashley K. Martin
amartin@foxswibel.com (ARDC # 6297126)
Fox Swibel Levin & Carroll LLP
200 W. Madison St., Suite 3000
Chicago, IL 60606

*Counsel for Plaintiffs Richard H. Ruebe, Jeffrey W. Lemajeur, Vincent J. Kwasniewski and Neal T. Jakel*

By: /s/  John C. Gekas

John C. Gekas, Esq.
John.Gekas@saul.com
Amy S. Kline, Esq.
Amy.Kline@saul.com
SAUL EWING ARNSTEIN & LEHR LLP
161 North Clark Street, Suite 4200
Chicago, IL 60601
Tel: (312) 876-7864
Fax: (312) 876-7312

*Counsel for Defendants Bothnia International Insurance Company Limited, and ANV Corporate Name Limited the Underwriting Member of ANV Syndicate 1861 at Lloyd's for the 2014 Year of Account*

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on March 1, 2024, he caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which is also served upon counsel for all parties of record.

                                                                                                 */s/ Erik J. Ives*