IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RICHARD H. RUEBE, JEFFREY W. LEMAJEUR, VINCENT J. KWASNIEWSKI AND NEAL T. JAKEL,<br>    Plaintiffs,<br><br>    v.<br><br>BOTHNIA INTERNATIONAL INSURANCE COMPANY LIMITED, ANV CORPORATE NAME LIMITED, AXIS SPECIALTY EUROPE SE AND NAVIGATORS UNDERWRITING AGENCY LIMITED FOR AND ON BEHALF OF THE UNDERWRITING MEMBERS OF SYNDICATE 1221 AT LLOYD'S FOR THE 2014 YEAR OF ACCOUNT<br>    Defendants. | **JURY TRIAL DEMANDED**<br><br>Case No. 18-cv-01192<br><br>Hon. J. Steven C. Seeger<br><br>Hon. Mag. J. Jeffrey Cole |

**JOINT STATUS REPORT**

Plaintiffs Richard H. Ruebe, Jeffrey W. Lemajeur, Vincent J. Kwasniewski and Neal T. Jakel ("Plaintiffs"), and defendants Bothnia International Insurance Company Limited, and ANV Corporate Limited the Underwriting Member of ANV Syndicate 1861 at Lloyd's for the 2014 Year of Account (together, the "Second Layer Defendants") (collectively the "Parties"), by and through their counsel, hereby submit this Joint Status Report in accordance with this Court's minute entry order dated March 6, 2024 (Dkt. No. 252), and state as follows in support thereof:

1.  On June 20, 2023, the Court granted Plaintiffs' Unopposed Motion for Continuation of Stay (Dkt. No. 246). In that order, the Court continued the stay in this action until after completion of the appellate proceedings in the Underlying Action (as defined therein) (herein the "Stay Order"). *Id*.

2. In the Court's minute entry order dated March 6, 2024, the Court directed the Parties to file a further status report by June 30, 2024, or sooner if the appellate court issues a decision (Dkt. No. 252).

3. On April 5, 2024, the appellate court in the Underlying Action entered its written Opinion (the "Appellate Opinion"). A true and correct copy of the Appellate Opinion is attached hereto as Exhibit A.

4. In the Appellate Opinion, the appellate court affirmed in part, reversed in part, dismissed in part, and vacated in part the trial court rulings in the Underlying Action that were the subject of the appeal, and ordered that the case be remanded to the trial court with directions as set forth therein. Specifically as to the claims in the Underlying Action against defendants Reube, Lemajeur, Kwasniewski, and Jakel (who are the Plaintiffs in this insurance coverage action), the Appellate Opinion ordered as follows: "On count I against defendants Reube, Lemajeur, Kwasniewski, and Jakel, we reverse and remand for a new trial on (1) liability for monetary damages under the LLC Agreement's exculpatory provision and (2) the amount of damages for any of these defendants who are found liable. On count II against defendants Reube, Lemajeur, Kwasniewski, and Jakel, we vacate the trial court's judgment as duplicative of its judgment on count I." Ex. A (Appellate Opinion) at 54.

5. The parties to this insurance coverage action are diligently analyzing the Appellate Opinion and conferring with respect to the impact of the Appellate Opinion on the Stay Order and the pending claims and defenses in this insurance coverage litigation. Significantly, the parties agree that any petition for leave to appeal the Appellate Opinion ("PLA") to the Illinois Supreme Court may impact the aforementioned matters. The parties have calculated the deadline for a party in the Underlying Action to file a PLA as May 10, 2024.

6. As a result, the parties request the opportunity to confer further with respect to the impact of the Appellate Opinion on the Stay Order and the pending claims and defenses in this insurance coverage litigation after the PLA filing deadline of May 10, 2024, and to submit a further status report setting forth the parties' position(s) as to these matters on or before June 3, 2024.

WHEREFORE, for the reasons set forth herein, the parties respectfully request leave of the Court to submit a further status report with respect to the matters identified herein on or before June 3, 2024, and that the Stay Order remain in place until further order of the Court following submission of this status report.

Dated: April 24, 2024

Respectfully submitted,

By: /s/ Erik J. Ives

Erik J. Ives (ARDC #6289811)
eives@foxswibel.com
Daniel A. Dorfman (ARDC #6286059)
ddorfman@foxswibel.com
Martin B. Carroll (ARDC #6200977)
mcarroll@foxswibel.com
Ashley K. Martin
amartin@foxswibel.com (ARDC # 6297126)
Fox Swibel Levin & Carroll LLP
200 W. Madison St., Suite 3000
Chicago, IL 60606

*Counsel for Plaintiffs Richard H. Ruebe, Jeffrey W. Lemajeur, Vincent J. Kwasniewski and Neal T. Jakel*

By: /s/ John C. Gekas

John C. Gekas, Esq.
John.Gekas@saul.com
Amy S. Kline, Esq.

3

Amy.Kline@saul.com
SAUL EWING ARNSTEIN & LEHR LLP
161 North Clark Street, Suite 4200
Chicago, IL 60601
Tel: (312) 876-7864
Fax: (312) 876-7312

*Counsel for Defendants Bothnia International Insurance Company Limited, and ANV Corporate Name Limited the Underwriting Member of ANV Syndicate 1861 at Lloyd's for the 2014 Year of Account*

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that on April 24, 2024, he caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which is also served upon counsel for all parties of record.

                                              /s/ Erik J. Ives