IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RICHARD H. RUEBE, JEFFREY W. LEMAJEUR, VINCENT J. KWASNIEWSKI AND NEAL T. JAKEL,<br>       Plaintiffs,<br><br>v.<br><br>BOTHNIA INTERNATIONAL INSURANCE COMPANY LIMITED, ANV CORPORATE NAME LIMITED, AXIS SPECIALTY EUROPE SE AND NAVIGATORS UNDERWRITING AGENCY LIMITED FOR AND ON BEHALF OF THE UNDERWRITING MEMBERS OF SYNDICATE 1221 AT LLOYD'S FOR THE 2014 YEAR OF ACCOUNT<br>       Defendants. | **JURY TRIAL DEMANDED**<br><br>Case No. 18-cv-01192<br><br>Hon. J. Steven C. Seeger<br><br>Hon. Mag. J. Jeffrey Cole |

**JOINT STATUS REPORT**

    Plaintiffs Richard H. Ruebe, Jeffrey W. Lemajeur, Vincent J. Kwasniewski and Neal T. Jakel ("Plaintiffs"), and defendants Bothnia International Insurance Company Limited, and ANV Corporate Limited the Underwriting Member of ANV Syndicate 1861 at Lloyd's for the 2014 Year of Account (together, the "Second Layer Defendants") (collectively the "Parties"), by and through their counsel, hereby submit this Joint Status Report in accordance with this Court's minute entry order dated March 6, 2024 (Dkt. No. 252), and state as follows in support thereof:

    1.    On June 20, 2023, the Court granted Plaintiffs' Unopposed Motion for Continuation of Stay (Dkt. No. 246). In that order, the Court continued the stay in this action until after completion of the appellate proceedings in the Underlying Action (as defined therein) (herein the "Stay Order"). *Id*.

    2.    On April 5, 2024, the appellate court in the Underlying Action entered its written Opinion (the "Appellate Opinion"). On April 24, 2024, the parties submitted a joint status report

in which the parties jointly advised the Court as to issuance of the Appellate Opinion, requested leave of the Court to submit a further status report on or before June 3, 2024 (in part to ascertain whether any petition for leave to appeal the Appellate Opinion to the Illinois Supreme Court has been filed), and requested that the Stay Order remain in place until further order of the Court following submission of this status report (Dkt. No. 253). On April 26, 2024, the Court issued a minute entry order approving the parties' joint request, which order requested that the parties file a further joint status report on or before June 3, 2024 (Dkt. No. 254).

3. Pursuant to this Court's April 26, 2024 minute entry order, the parties hereby advise as follows with respect to status of the Underlying Action:

   a. No petition for leave to appeal the Appellate Opinion was filed in the Underlying Action.

   b. On May 13, 2024, the appellate court in the Underlying Action issued its mandate remanding the action to the trial court.

   c. As of the date of this filing, the trial court in the Underlying Action has not taken any action following issuance of the mandate from the appellate court.

4. The parties to this action have continued to diligently confer with respect to these developments in the Underlying Action and the impact that such developments may have on the Stay Order and the pending claims and defenses in this insurance coverage litigation. In particular, the parties have conferred with respect to a potential joint request for this Court to enter an order continuing the Stay Order pending completion of the remanded trial court proceedings in the Underlying Action; however, the parties in agreement that this request may be impacted by scheduling order(s) that are anticipated to be entered by the trial court on remand in the Underlying Action.

5. As a result, the parties request the opportunity to confer further with respect to the entry of such scheduling order(s) and/or any other developments in the Underlying Action, and to submit a further status report setting forth the parties' position(s) as to these matters on or before July 18, 2024.

WHEREFORE, for the reasons set forth herein, the parties respectfully request leave of the Court to submit a further status report with respect to the matters identified herein on or before July 18, 2024, and that the Stay Order remain in place until further order of the Court following submission of this status report.

Dated: June 3, 2024

Respectfully submitted,

By: /s/ Erik J. Ives

    Erik J. Ives (ARDC #6289811)
    eives@foxswibel.com
    Daniel A. Dorfman (ARDC #6286059)
    ddorfman@foxswibel.com
    Martin B. Carroll (ARDC #6200977)
    mcarroll@foxswibel.com
    Ashley K. Martin
    amartin@foxswibel.com (ARDC # 6297126)
    Fox Swibel Levin & Carroll LLP
    200 W. Madison St., Suite 3000
    Chicago, IL 60606

    *Counsel for Plaintiffs Richard H. Ruebe, Jeffrey W. Lemajeur, Vincent J. Kwasniewski and Neal T. Jakel*

By: /s/ John C. Gekas

    John C. Gekas, Esq.
    John.Gekas@saul.com
    Amy S. Kline, Esq.

Amy.Kline@saul.com
SAUL EWING ARNSTEIN & LEHR LLP
161 North Clark Street, Suite 4200
Chicago, IL 60601
Tel: (312) 876-7864
Fax: (312) 876-7312

*Counsel for Defendants Bothnia International Insurance Company Limited, and ANV Corporate Name Limited the Underwriting Member of ANV Syndicate 1861 at Lloyd's for the 2014 Year of Account*

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on June 3, 2024, he caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which is also served upon counsel for all parties of record.

                                                                               /s/ Erik J. Ives