# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RICHARD H. RUEBE, JEFFREY W. LEMAJEUR, VINCENT J. KWASNIEWSKI AND NEAL T. JAKEL, <br>     Plaintiffs, <br><br> v. <br><br> BOTHNIA INTERNATIONAL INSURANCE COMPANY LIMITED, ANV CORPORATE NAME LIMITED, AXIS SPECIALTY EUROPE SE AND NAVIGATORS UNDERWRITING AGENCY LIMITED FOR AND ON BEHALF OF THE UNDERWRITING MEMBERS OF SYNDICATE 1221 AT LLOYD'S FOR THE 2014 YEAR OF ACCOUNT <br>     Defendants. | **JURY TRIAL DEMANDED** <br><br> Case No. 18-cv-01192 <br><br> Hon. J. Steven C. Seeger <br><br> Hon. Mag. J. Jeffrey Cole |

## JOINT STATUS REPORT

Plaintiffs Richard H. Ruebe, Jeffrey W. Lemajeur, Vincent J. Kwasniewski and Neal T. Jakel ("Plaintiffs"), and defendants Bothnia International Insurance Company Limited, and ANV Corporate Limited the Underwriting Member of ANV Syndicate 1861 at Lloyd's for the 2014 Year of Account (together, the "Second Layer Defendants") (collectively the "Parties"), by and through their counsel, hereby submit this Joint Status Report in accordance with this Court's minute entry order dated June 5, 2024 (Dkt. No. 256), and state as follows in support thereof:

1. On June 20, 2023, the Court granted Plaintiffs' Unopposed Motion for Continuation of Stay (Dkt. No. 246). In that order, the Court continued the stay in this action until after completion of the appellate proceedings in the Underlying Action (as defined therein) (herein the "Stay Order"). *Id*.

2. On April 5, 2024, the appellate court in the Underlying Action entered its written Opinion (the "Appellate Opinion"). On April 24, 2024, the parties submitted a joint status report

in which the parties jointly advised the Court as to issuance of the Appellate Opinion, requested leave of the Court to submit a further status report on or before June 3, 2024 (in part to ascertain whether any petition for leave to appeal the Appellate Opinion to the Illinois Supreme Court has been filed), and requested that the Stay Order remain in place until further order of the Court following submission of this status report (Dkt. No. 253). On April 26, 2024, the Court issued a minute entry order approving the parties' joint request, which order requested that the parties file a further joint status report on or before June 3, 2024 (Dkt. No. 254).

   3. On June 3, 2024, the parties filed a further joint status report advising that no petition for leave to appeal the Appellate Opinion was filed in the Underlying Action, that the mandate was issued remanding the action to the trial court, and that the trial court had not yet taken any action following issuance of the mandate. The parties further requested that the Stay Order remain in place until further order of the Court, and that leave be granted for the parties to submit a further status report on or before July 18, 2024, in order to allow the parties the opportunity to confer with respect to the entry of scheduling order(s) and/or other developments in the Underlying Action on remand. On June 5, 2024, the Court issued a minute entry order approving the parties' joint request (Dkt. No. 256).

   4. As of the date of this filing (July 18, 2024), the trial court in the Underlying Action has still not issued any scheduling orders or taken any other action following issuance of the mandate. As a result, and for the reasons referenced in the parties' prior request, the parties jointly request that the parties be granted leave to submit a further status report with respect to the matters identified herein on or before September 6, 2024, and that the Stay Order continue to remain in place until further order of the Court.

WHEREFORE, for the reasons set forth herein, the parties respectfully request leave of the Court to submit a further status report with respect to the matters identified herein on or before September 6, 2024, and that the Stay Order continue to remain in place until further order of the Court.

Dated: July 18, 2024

Respectfully submitted,

By: /s/ *Erik J. Ives*

Erik J. Ives (ARDC #6289811)
eives@foxswibel.com
Daniel A. Dorfman (ARDC #6286059)
ddorfman@foxswibel.com
Martin B. Carroll (ARDC #6200977)
mcarroll@foxswibel.com
Ashley K. Martin
amartin@foxswibel.com (ARDC # 6297126)
Fox Swibel Levin & Carroll LLP
200 W. Madison St., Suite 3000
Chicago, IL 60606

*Counsel for Plaintiffs Richard H. Ruebe, Jeffrey W. Lemajeur, Vincent J. Kwasniewski and Neal T. Jakel*

By: /s/ *John C. Gekas*

John C. Gekas, Esq.
John.Gekas@saul.com
Amy S. Kline, Esq.
Amy.Kline@saul.com
SAUL EWING ARNSTEIN & LEHR LLP
161 North Clark Street, Suite 4200
Chicago, IL 60601
Tel: (312) 876-7864
Fax: (312) 876-7312

*Counsel for Defendants Bothnia International Insurance Company Limited, and ANV Corporate Name Limited the*

3

*Underwriting Member of ANV Syndicate 1861 at Lloyd's for the 2014 Year of Account*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on July 18, 2024, he caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which is also served upon counsel for all parties of record.

/s/ Erik J. Ives