IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RICHARD H. RUEBE, JEFFREY W. LEMAJEUR, VINCENT J. KWASNIEWSKI AND NEAL T. JAKEL, <br>     Plaintiffs, <br><br> v. <br><br> BOTHNIA INTERNATIONAL INSURANCE COMPANY LIMITED, ANV CORPORATE NAME LIMITED, AXIS SPECIALTY EUROPE SE AND NAVIGATORS UNDERWRITING AGENCY LIMITED FOR AND ON BEHALF OF THE UNDERWRITING MEMBERS OF SYNDICATE 1221 AT LLOYD'S FOR THE 2014 YEAR OF ACCOUNT <br>     Defendants. | JURY TRIAL DEMANDED <br><br> Case No. 18-cv-01192 <br><br> Hon. J. Steven C. Seeger <br><br> Hon. Mag. J. Jeffrey Cole |

## JOINT STATUS REPORT

Plaintiffs Richard H. Ruebe, Jeffrey W. Lemajeur, Vincent J. Kwasniewski and Neal T. Jakel ("Plaintiffs"), and defendants Bothnia International Insurance Company Limited, and ANV Corporate Limited the Underwriting Member of ANV Syndicate 1861 at Lloyd's for the 2014 Year of Account (together, the "Second Layer Defendants") (collectively the "Parties"), by and through their counsel, hereby submit this Joint Status Report in accordance with this Court's minute entry order dated December 30, 2024 (Dkt. No. 263), and state as follows in support thereof:

1. <u>Stay Order Background</u>: On June 20, 2023, the Court granted Plaintiffs' Unopposed Motion for Continuation of Stay (Dkt. No. 246). In that order, the Court continued the stay in this action until after completion of the appellate proceedings in the Underlying Action (as defined therein) (herein the "Stay Order"). *Id*. On April 5, 2024, the appellate court in the Underlying Action entered its written Opinion (the "Appellate Opinion"). On April 24, 2024, the parties submitted a joint status report in which the parties jointly advised the Court as to issuance

of the Appellate Opinion, requested leave of the Court to submit a further status report on or before June 3, 2024 (in part to ascertain whether any petition for leave to appeal the Appellate Opinion to the Illinois Supreme Court has been filed), and requested that the Stay Order remain in place until further order of the Court following submission of this status report (Dkt. No. 253).  On April 26, 2024, the Court issued a minute entry order approving the parties' joint request, which order requested that the parties file a further joint status report on or before June 3, 2024 (Dkt. No. 254).  On June 3, 2024, the parties filed a further joint status report advising that no petition for leave to appeal the Appellate Opinion was filed in the Underlying Action, that the mandate was issued remanding the action to the trial court, and that the trial court had not yet taken any action following issuance of the mandate.  The parties further requested that the Stay Order remain in place until further order of the Court, and that leave be granted for the parties to submit a further status report on or before July 18, 2024, in order to allow the parties the opportunity to confer with respect to the entry of scheduling order(s) and/or other developments in the Underlying Action on remand. On June 5, 2024, the Court issued a minute entry order approving the parties' joint request (Dkt. No. 256).  On July 18, 2024, September 6, 2024, and December 19, 2024 the parties filed further joint status reports advising the Court of status of the Underlying Action.  The parties further requested that the Stay Order remain in place until further order of the Court, and that leave be granted for the parties to submit further status reports regarding developments in the Underlying Action.  On July 22, 2024, September 11, 2024 and December 30, 2024, the Court issued minute entry orders approving the parties' joint request (Dkt. Nos. 258, 260, 263).  In the December 30, 2024 order, the Court ordered the parties to "continue to keep this Court in the loop, and file quarterly reports.  In the meantime, the stay remains in place." (Dkt. No. 263).

2. <u>Quarterly Report – Status Update on Underlying Action</u>: Per this Court's Orders, the parties are submitting a quarterly update as to status of the Underlying Action. Following status hearing held on February 19, 2025 in the Underlying Action, the trial court entered an Order dated February 21, 2025 setting forth the schedule for remand trial proceedings. In relevant part, the Order scheduled the bench trial on the claims against the individual defendants in the Underlying Action (which are the Plaintiffs in this insurance coverage action) for August 11-15, 2025 and August 18-22, 2025.[1] The parties in the Underlying Action are moving forward with the remanded trial court proceedings pursuant to this scheduling order.

WHEREFORE, the parties respectfully request leave to continue to provide updates to the Court and file quarterly reports regarding developments in the Underlying Action, and that the Stay Order continue to remain in place until further order of the Court.

Dated:  March 31, 2025

Respectfully submitted,

By:  /s/  *Erik J. Ives*

Erik J. Ives (ARDC #6289811)
eives@foxswibel.com
Daniel A. Dorfman (ARDC #6286059)
ddorfman@foxswibel.com
Martin B. Carroll (ARDC #6200977)
mcarroll@foxswibel.com
Ashley K. Martin
amartin@foxswibel.com (ARDC # 6297126)
Fox Swibel Levin & Carroll LLP
200 W. Madison St., Suite 3000

---

[1] A copy of the Order dated February 21, 2025 in the Underlying Action is attached hereto, and stated in full as follows: "This cause coming to be heard for status, all parties appearing by counsel, and the Court being advised of the parties' respective positions concerning future case scheduling matters:  IT IS HEREBY ORDERED:  (1) a bench trial on the remaining issues to be tried by the Court is set for August 11-15, 2025, and August 18-22, 2025 (if necessary to complete the trial); (2) a jury trial on the issues in Count VI of Plaintiffs' Complaint is set to commence on December 5, 2025, and to continue through December 12, 2025; (3) Plaintiffs will provide the Defendants the date selected as the date of valuation on or before March 31, 2025."

3


Chicago, IL 60606

*Counsel for Plaintiffs Richard H. Ruebe, Jeffrey W. Lemajeur, Vincent J. Kwasniewski and Neal T. Jakel*

By: /s/ *John C. Gekas*

John C. Gekas, Esq.
John.Gekas@saul.com
Amy S. Kline, Esq.
Amy.Kline@saul.com
SAUL EWING ARNSTEIN & LEHR LLP
161 North Clark Street, Suite 4200
Chicago, IL 60601
Tel: (312) 876-7864
Fax: (312) 876-7312

*Counsel for Defendants Bothnia International Insurance Company Limited, and ANV Corporate Name Limited the Underwriting Member of ANV Syndicate 1861 at Lloyd's for the 2014 Year of Account*

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on March 31, 2025, he caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which is also served upon counsel for all parties of record.

                                                  /s/ Erik J. Ives

COPY

OGLE COUNTY ILLINOIS
2/21/2025

KIMBERLY A. STAHL
CLERK OF THE CIRCUIT COURT

# IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT
## OGLE COUNTY, ILLINOIS

| | |
|---|---|
| FLOYD SCHULTZ, STANLEY BLUNIER, and BRAD RISKEDAL, individually and as class representatives on behalf of all of the minority unitholders of ILLINOIS RIVER ENERGY HOLDINGS, LLC, <br><br>　　　　Plaintiffs,<br><br>v.<br><br>SINAV LIMITED, GTL RESOURCES USA, INC., GTL RESOURCES LIMITED, GTL RESOURCES PLC, SIEM KAPITAL, AS, NORTH ATLANTIC VALUE LLP, SIEM INDUSTRIES, INC., GTL CAMBRIDGE LLC, RICHARD H. RUEBE, JEFFREY W. LEMAJEUR, VINCENT J. KWASNIEWSKI, and NEAL T. JAKEL,<br><br>　　　　Defendants. | 2014 L 15<br><br>Honorable Judge Russell A. Crull<br>Judge, Presiding |

## ORDER

This cause coming to be heard for status, all parties appearing by counsel, and the Court being advised of the parties' respective positions concerning future case scheduling matters:

IT IS HEREBY ORDERED:

(1) a bench trial on the remaining issues to be tried by the Court is set for August 11-15, 2025, and August 18-22, 2025 (if necessary to complete the trial);

(2) a jury trial on the issues in Count VI of Plaintiffs' Complaint is set to commence on December 5, 2025, and to continue through December 12, 2025;

(3) Plaintiffs will provide the Defendants the date selected as the date of valuation on or before March 31, 2025.

IT IS FURTHER ORDERED this matter is set for status on April 4th, 2025, at 9:30 a.m.

Dated: __February 21__, 2025

ENTERED: __2/21/2025__　　　　　　　　　　__[signature]__
　　　　　　　　　　　　　　　　　　　　　　　JUDGE

**PREPARED BY:**

  /s/ Keith D. Parr
One of the Attorneys for Plaintiffs

Keith D. Parr
Buchanan Ingersoll & Rooney PC
125 S. Wacker Drive, Suite 300
Chicago, IL 60606
312 261 8733 (o)
keith.parr@bipc.com

Terrence P. Canade
Buchanan Ingersoll & Rooney PC
125 S. Wacker Drive, Suite 300
Chicago, IL 60606
212 440 4408 (o)
terrence.canade@bipc.com

*Counsel for Plaintiffs* FLOYD SCHULTZ, STANLEY BLUNIER, and
BRAD RISKEDAL, individually and as class representatives on behalf of all of the minority unitholders of ILLINOIS RIVER ENERGY HOLDINGS, LLC