**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| RICHARD H. RUEBE, JEFFREY W. LEMAJEUR, VINCENT J. KWASNIEWSKI AND NEAL T. JAKEL,         Plaintiffs,<br><br>v.<br><br>BOTHNIA INTERNATIONAL INSURANCE COMPANY LIMITED, ANV CORPORATE NAME LIMITED, AXIS SPECIALTY EUROPE SE AND NAVIGATORS UNDERWRITING AGENCY LIMITED FOR AND ON BEHALF OF THE UNDERWRITING MEMBERS OF SYNDICATE 1221 AT LLOYD'S FOR THE 2014 YEAR OF ACCOUNT         Defendants. | **JURY TRIAL DEMANDED**<br><br>Case No. 18-cv-01192<br><br>Hon. J. Steven C. Seeger<br><br>Hon. Mag. J. Jeffrey Cole |

## JOINT STATUS REPORT

Plaintiffs Richard H. Ruebe, Jeffrey W. Lemajeur, Vincent J. Kwasniewski and Neal T. Jakel ("Plaintiffs"), and defendants Bothnia International Insurance Company Limited, and ANV Corporate Limited the Underwriting Member of ANV Syndicate 1861 at Lloyd's for the 2014 Year of Account (together, the "Second Layer Defendants") (collectively the "Parties"), by and through their counsel, hereby submit this Joint Status Report in accordance with this Court's minute entry order dated September 12, 2026 (Dkt. No. 267), and state as follows in support thereof:

1. <u>Stay Order Background</u>: On June 20, 2023, the Court granted Plaintiffs' Unopposed Motion for Continuation of Stay (Dkt. No. 246). In that order, the Court continued the stay in this action until after completion of the appellate proceedings in the Underlying Action (as defined therein) (herein the "Stay Order"). *Id*. On April 5, 2024, the appellate court in the Underlying Action entered its written Opinion (the "Appellate Opinion"). On April 24, 2024, the parties submitted a joint status report in which the parties jointly advised the Court as to issuance

of the Appellate Opinion, requested leave of the Court to submit a further status report on or before June 3, 2024 (in part to ascertain whether any petition for leave to appeal the Appellate Opinion to the Illinois Supreme Court has been filed), and requested that the Stay Order remain in place until further order of the Court following submission of this status report (Dkt. No. 253). On April 26, 2024, the Court issued a minute entry order approving the parties' joint request, which order requested that the parties file a further joint status report on or before June 3, 2024 (Dkt. No. 254). On June 3, 2024, the parties filed a further joint status report advising that no petition for leave to appeal the Appellate Opinion was filed in the Underlying Action, that the mandate was issued remanding the action to the trial court, and that the trial court had not yet taken any action following issuance of the mandate. The parties further requested that the Stay Order remain in place until further order of the Court, and that leave be granted for the parties to submit a further status report on or before July 18, 2024, in order to allow the parties the opportunity to confer with respect to the entry of scheduling order(s) and/or other developments in the Underlying Action on remand. On June 5, 2024, the Court issued a minute entry order approving the parties' joint request (Dkt. No. 256). On July 18, 2024, September 6, 2024, December 19, 2024, and March 31, 2025 the parties filed further joint status reports advising the Court of status of the Underlying Action. The parties further requested that the Stay Order remain in place until further order of the Court, and that leave be granted for the parties to submit further status reports regarding developments in the Underlying Action. On July 22, 2024, September 11, 2024, December 30, 2024, April 23, 2025, and September 12, 2025 the Court issued minute entry orders approving the parties' joint request (Dkt. Nos. 258, 260, 263, 265). In the September 12, 2025 order, the Court ordered the parties to file a status report after they have received the court's ruling on the August 2025 bench trial in the Underlying Action (anticipated in January 2026).

2

2.      Court's Ruling on August 2025 Bench Trial in Underlying Action:  On January 15, 2026, the court entered its Opinion, Order & Judgment Relative to Counts I & III in the Underlying Action (the "Trial Court Verdict") – a copy of which is attached hereto.  For the claims asserted against the Individual Defendants in the Underlying Action (who in turn are the Plaintiffs in this insurance coverage case), the Court entered "Judgment in favor of the Individual Defendants [] as they have shown that they are exculpated from liability pursuant to the terms of the Operating Agreement."  Trial Court Verdict, at pg. 56 ¶ A.

3.      The parties have submitted this update as to the court's ruling on the August 2026 bench trial in the Underlying Action per this Court's prior orders.  Counsel for the parties are still in the process of analyzing the Trial Court Verdict and conferring as to its impact on the Stay Order and the pending claims and defenses in this insurance coverage case.  The parties therefore request leave to file a further joint status report setting forth their position(s) as to potential next steps in this litigation within thirty (30) days from this filing.

WHEREFORE, the parties respectfully request leave to file a further joint status report setting forth their position(s) as to potential next steps in this litigation within thirty (30) days from this filing.

Dated:  January 28, 2026

Respectfully submitted,

By:  /s/  *Erik J. Ives*

Erik J. Ives (ARDC #6289811)
eives@foxswibel.com
Daniel A. Dorfman (ARDC #6286059)
ddorfman@foxswibel.com
Ashley K. Martin
amartin@foxswibel.com (ARDC # 6297126)
Fox Swibel Levin & Carroll LLP
200 W. Madison St., Suite 3000
Chicago, IL 60606

3

*Counsel for Plaintiffs Richard H. Ruebe, Jeffrey W. Lemajeur, Vincent J. Kwasniewski and Neal T. Jakel*

By: /s/  John C. Gekas

John C. Gekas, Esq.
John.Gekas@saul.com
Amy S. Kline, Esq.
Amy.Kline@saul.com
SAUL EWING ARNSTEIN & LEHR LLP
161 North Clark Street, Suite 4200
Chicago, IL 60601
Tel: (312) 876-7864
Fax: (312) 876-7312

*Counsel for Defendants Bothnia International Insurance Company Limited, and ANV Corporate Name Limited the Underwriting Member of ANV Syndicate 1861 at Lloyd's for the 2014 Year of Account*

4

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on January 28, 2026, he caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which is also served upon counsel for all parties of record.

*/s/ Erik J. Ives*